# EXHIBIT B

Amended Complaint to Trans Union, LLC

1 JACKSON PHILLIP MOSLEY
2 4422 35TH STREET, NW
3 WASHINGTON, DC 20008
4 703-395-1596

RECEIVED
Civil Clerk's Office
FEB 2 3 2016
Superior Court of the
District of Columbia
Washington, D.C.

7 SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

8 CIVIL DIVISION

9

Amended

JACKSON PHILLIP MOSLEY,   )
4422 35th Street, NW, Washington, DC 20008,   )
   Plaintiff,   )
vs.   )
EQUIFAX CREDIT INFORMATION SERVICES,   )
LLC, P.O. Box 740256, Atlanta, GA 30348;   )
EXPERIAN INFORMATION SOLUTIONS, INC.,   )
P.O. Box 4500, Allen, TX 75013; TRANSUNION   )
LLC, 2 Baldwin Place, P.O. Box 1000, Chester, PA   )
19016   )
   Defendant(s)

**16 - 0 0 1299**

Case No.: No. _____

REMOVAL OF ERRANT INFORMATION FROM
CREDIT REPORTING AGENCY REPORTS

11  1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

12  2. Plaintiff alleges that on or about the month of May in the year 2014, upon submitting a credit application
13  to purchase a new vehicle, he discovered that a total of sixteen revolving credit accounts, four installment accounts,
14  twelve collection accounts, and four public judgement records had been opened or filed in his name starting in the
15  year 2010–all delinquent, fraudulent, and errant. Additionally, countless hard credit inquiries, errant addresses, and
16  errant phone numbers were listed on Plaintiff's credit bureau report. Plaintiff followed normal procedures for
17  reporting identity theft as prescribed by Defendants. Upon investigation by Defendants, Plaintiff was determined to,

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA – CIVIL DIVISION

18  in fact, be a victim of identity theft. Defendants removed all public judgement records, the majority of collection
19  accounts, all but one installment account, and all but two revolving credit accounts. Defendants informed Plaintiff
20  that the remaining accounts were found to be accurate and true. Plaintiff informed Defendants that the remaining
21  accounts were, in fact, not accurate, and that, aside from one secured credit card opened with USAA Savings Bank
22  in August of 2012–which Plaintiff opened for the purposes of establishing credit history at the advice of his bank–
23  one Federal student loan, and several accounts that he was made an authorized user on, Plaintiff had not sought or
24  applied for credit until May of 2014 when he was interested in purchasing a new vehicle upon his graduation from
25  university. Defendants launched countless investigations, each time wasting Plaintiff's time, all returning results that
26  the information listed on the report was accurate. Additionally, Defendants informed Plaintiff that they could not
27  remove errant addresses or hard credit inquiries from his report. Defendants, even after numerous requests by
28  Plaintiff, were unable to furnish written proof that the information known to Plaintiff as errant was, in fact, accurate.
29  The Defendants' negligence to remove the errant information have resulted in Plaintiff being perceived as
30  untrustworthy, unreliable, and, in some cases "a crook." Further, it has resulted in Plaintiff being unfairly subjected
31  to highly unfavorable terms for financial and insurance accounts, the denial of a mortgage loan for Plaintiff, the
32  denial of an apartment lease from a major property management firm, and the and the inability to grow Plaintiff's
33  small business due to Plaintiff's inability to show he is a trustworthy seeker of credit. Exhausted with the situation,
34  which had now elapsed more than a full year since initial discovery, Plaintiff borrowed nearly fifteen thousand
35  dollars from his family to pay off the fraudulent delinquent accounts during the Summer of 2015, with hopes of
36  being able to obtain a mortgage on a home if those accounts were satisfied. Upon paying the accounts, Defendants
37  updated the credit records as "paid," however the records were still listed and were still negative. This complaint
38  serves as Plaintiff's last resort for seeking relief from the victimization of identity theft. Plaintiff is an upstanding
39  citizen, graduated top of his class from American University, and has countless references proving his character.
40  Plaintiff has never once been late on a payment to an account–as represented by his immaculate payment history
41  from May 2014 forward. However, in a world highly dependent on Defendants' credit report products, he is
42  perceived in a highly negative light by potential banks, insurance companies, employers, and all other parties
43  seeking credit bureau reports.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA – CIVIL DIVISION

3. Plaintiff respectfully, and with the utmost desperation for a more financially sound life, seeks equitable relief from the court in this matter. Plaintiff has an interest in justice and, further, does not wish to cause an extended legal battle. Therefore, Plaintiff does not wish to seek monetary damages for the money paid to the errant accounts in this matter, and waives his right to do so in the future. Plaintiff asks Judge to enter irrevocable judgement commanding Defendants to remove the following errant information from Plaintiff's credit history report:

1) On the report maintained by Defendant EQUIFAX CREDIT INFORMATION SERVICES:
   a) Revolving credit line listed as "Capital One Bank Usa," opened in September of 2010, with current status as "charged-off account."
   b) Revolving credit line listed as "Citicards Cbna," opened in June of 2010, with current status as "charged-off."
   c) Vehicle installment loan listed as "Usaa Federal Savings," opened in June of 2010 with Plaintiff as a co-borrower, with current status as "charge-off."
   d) Collection account listed as "Midland Funding Llc," opened in April of 2013.
   e) All hard credit inquires occurring on or before April of 2014.
   f) All phone numbers and addresses EXCEPT for the following accurate addresses:
      i) Current address from August of 2015 until present: 4422 35th Street, NW, Washington, DC, 20008
      ii) Previous address from June of 2013 to August of 2015: 3101 New Mexico Avenue, NW, APT 203, Washington, DC, 20016
      iii) Previous address from June of 2010 to June of 2013: 3656 New Hampshire Avenue, NW, APT 3, Washington, DC 20010
      iv) Previous address from February 2006 to June of 2010: 1026 North Dixon Street, Alma, Georgia, 31510
      v) Current cell phone number held from June of 2010 until present: 703-395-1596
      vi) Previous cell phone number held from August of 2008 to June of 2010: 912-614-8226
      vii) Previous landline phone number held from September of 2003 to June of 2010: 912-632-9965

2) On the report maintained by Defendant EXPERIAN INFORMATION SOLUTIONS, INC.:
   a) Revolving credit line listed as "Capital One Bank Usa N," opened in September of 2010, with current status

3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA – CIVIL DIVISION

70      as "Account legally paid in full for less than the full balance"

71    b) Revolving credit line listed as "Citi," opened in June of 2010, with current status as "Account legally paid
72      in full for less than the full balance."

73    c) Vehicle installment loan listed as "Usaa Fed Svg Bk - San An," opened in June of 2010 with Plaintiff as a
74      co-borrower, with current status as "Payment after charge off/collection."

75    d) Collection account listed as "Midland Fund," opened in February of 2013.

76    e) Collection account listed as "Pinnacle Credit Services," opened in February of 2014.

77    f) All hard credit inquires occurring on or before April of 2014.

78    g) All phone numbers and addresses EXCEPT for the following accurate addresses:

79      i) Current address from August of 2015 until present: 4422 35th Street, NW, Washington, DC, 20008

80      ii) Previous address from June of 2013 to August of 2015: 3101 New Mexico Avenue, NW, APT 203,
81        Washington, DC, 20016

82      iii) Previous address from June of 2010 to June of 2013: 3656 New Hampshire Avenue, NW, APT 3,
83        Washington, DC 20010

84      iv) Previous address from February 2006 to June of 2010: 1026 North Dixon Street, Alma, Georgia, 31510

85      v) Current cell phone number held from June of 2010 until present: 703-395-1596

86      vi) Previous cell phone number held from August of 2008 to June of 2010: 912-614-8226

87      vii) Previous landline phone number held from September of 2003 to June of 2010: 912-632-9965

88  3) On the report maintained by Defendant TRANSUNION LLC:

89    a) Revolving credit line listed as "Capital One Bank Usa Na," opened in September of 2010, with current
90      status as "Payment after charge off/collection"

91    b) Revolving credit line listed as "Citicards Cbna," opened in June of 2010, with current status as "Payment
92      after charge off/collection."

93    c) Vehicle installment loan listed as "Usaa Fed Svg Bk - San An," opened in June of 2010 with Plaintiff as a
94      co-borrower, with current status as "Payment after charge off/collection."

95    d) Collection account listed as "Midland Fund," opened in February of 2013.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA – CIVIL DIVISION

96    e) Collection account listed as "Pin Cred Ser," opened in February of 2014.

97    f) All hard credit inquires occurring on or before April of 2014.

98    g) All phone numbers and addresses EXCEPT for the following accurate addresses:

99        i) Current address from August of 2015 until present: 4422 35th Street, NW, Washington, DC, 20008

100       ii) Previous address from June of 2013 to August of 2015: 3101 New Mexico Avenue, NW, APT 203,
101          Washington, DC, 20016

102       iii) Previous address from June of 2010 to June of 2013: 3656 New Hampshire Avenue, NW, APT 3,
103          Washington, DC 20010

104       iv) Previous address from February 2006 to June of 2010: 1026 North Dixon Street, Alma, Georgia, 31510

105       v) Current cell phone number held from June of 2010 until present: 703-395-1596

106       vi) Previous cell phone number held from August of 2008 to June of 2010: 912-614-8226

107       vii) Previous landline phone number held from September of 2003 to June of 2010: 912-632-9965
108
109                              Dated this 16th day of February, 2016
110

JACKSON PHILLIP MOSLEY, Pro Se
4422 35TH STREET, NW
WASHINGTON, DC 20008
703-395-1596

111

*Jackson Phillip Mosley*
*02/16/2016*

5