IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKSON PHILLIP MOSLEY,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX CREDIT INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS; and TRANSUNION LLC;<br><br>      Defendants. | Case No.: 1:16-cv-00425-KBJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Jackson Phillip Mosley and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and fees.

Date: 05/23/16

Respectfully Submitted,

_[signature]_

Jackson Phillip Mosley
4422 35th Street, NW
Washington, DC 20008
*Pro Se Plaintiff*

Date:  May 23, 2016	Respectfully Submitted,

*/s/ Jocelin R. Hody*
Jocelin R. Hody
District of Columbia Bar No. 1021595
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  202-879-3719
Facsimile:  202-626-1700
Email:  jhody@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed on the 23rd day of May, 2016 with the Court via the CM/ECF system, causing it to be served on all CM/ECF users.

The undersigned further certifies that a true copy of the foregoing was served on the following parties via UPS Delivery, U.S. Mail, postage prepaid, on the May 23, 2016, properly addressed as follows:

**Pro Se Plaintiff**
Jackson Phillip Mosley
4422 35th Street, NW
Washington, DC 20008


Date:  May 23, 2016

Respectfully Submitted,

/s/ Jocelin R. Hody
Jocelin R. Hody
District of Columbia Bar No. 1021595
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  202-879-3719
Facsimile:  202-626-1700
Email:  jhody@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*